THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ANTONIO VERRINO, Appellant.

(Argued January 13, 1919; decided January 28, 1919.)

APPEAL from a judgment of the Supreme Court rendered May 4, 1918, at a Trial Term for the county of Monroe, upon a verdict convicting the defendant of the crime of murder in the first degree.

*William J. Baker* for appellant.

*John W. Barrett, District Attorney* (*Marsh W. Taylor* and *William F. Love* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: COLLIN, CUDDEBACK, CARDOZO, CRANE and ANDREWS, JJ. Dissenting: HISCOCK, Ch. J., and POUND, J.